In the Matter of Patrick Hayes, Appellant, against The New York City Employees' Retirement System, Respondent.

(Submitted October 4, 1932; decided October 18, 1932.)

*Raymond A. McCourt* and *David Krause* for appellant. *Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, Willard S. Allen* and *Arthur Sweeny* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.